IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DIVERSIFIED OBSERVATION LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 2:17-cv-688-JRG |
| v. | ) |
| | ) |
| KONICA MINOLTA BUSINESS | ) |
| SOLUTIONS U.S.A., INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Before the Court is the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between Plaintiff Diversified Observation LLC and Defendant Konica Minolta Business Solutions U.S.A., Inc. in this case. (Dkt. No. 23.) In light of such Stipulation, it is hereby **ORDERED** that all claims asserted in this suit between Plaintiff Diversified Observation LLC and Defendant Konica Minolta Business Solutions U.S.A., Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**AGREEMENT**" and dated April 26, 2018. It is further **ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 1st day of June, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE